# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 09-cr-132 (ESH) |
| | ) |
| MARK GIBBONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**FILED**

JUN 2 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

In a hearing before Magistrate Judge Facciola on June 10, 2009, defendant Mark Gibbons entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   June 22, 2009